NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BALLY GAMING, INC.

---

2011-1132
(Reexamination No. 90/006,601)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' joint motion to stay the briefing schedule pending entry of final judgment of the United States District Court for the District of Columbia in a related case,

IT IS ORDERED THAT:

(1) The motion is granted. Bally Gaming, Inc. shall inform this court of the issuance of the district court's final judgment within 60 days from the date of such judgment. The parties shall also file a status report with this court within 180 days of the date of filing of this order, should the district court action not be completed.

(2) The parties' pending motions for extensions of time to file their briefs are moot.

FOR THE COURT

**AUG 2 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Glenn E. Von Tersch, Esq.
Raymond T. Chen, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 2 2011**

**JAN HORBALY**
**CLERK**